**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7123**

———————

ANTHONY CROWELL,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-01-153-2)

———————

Submitted:  August 23, 2001         Decided:  September 5, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Crowell, Appellant Pro Se.  Linwood Theodore Wells, Jr.,
Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Crowell seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). Crowell's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Crowell that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Crowell failed to specifically object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Crowell has waived appellate review by failing to file specific objections after receiving proper notice. We accordingly deny Crowell's motion for leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2